Case Number: 24-1762

September 19, 2025

Your Honor,

**RECEIVED**
SEP 25 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

I apologize for late response to this situation. I plead for mercy. I didn't respond to you sooner.

I like to sat that I had sent them all the documents needed for Calen Jones hours years ago. Also even requested them to send me a bill due to the fact that I never understood what was needed to be paid. I didn't know how they were wanting it done. I had talked to them several times years ago on this. And they never gave me a accurate amount to pay.

I don't know how they broke down for everything.

Also, I was only doing what I know. I been in construction my whole life and never to a accounting course. So I lack the skills to handle that end and I don't have a accountant that works for me. I had been waiting on that so I can handle my bankrupsy after my Divorce. I will make another attempt to call them on Monday. I just got back in service.

I did not mean to be in contempt and like to get everything resolved.

Thank you

James Spinks

Ph#406-580-4827

I DID NOT HAVE A ADDRESS TO RESPOND TO
So LET ME KNOW IF WRONG ADDRESS

SCANNED
SEP 25 2025 CK
U.S. DISTRICT COURT ST. PAUL